UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INGRID & ISABEL, LLC, <br><br> Plaintiff, <br> v. <br><br> LENESHA CAREY, ET AL., <br><br> Defendants. | Case No.: C 11-00914 PSG <br><br> **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On May 3, 2011, the parties filed a stipulated order and consent judgment. As part of their stipulated order, the parties agreed that the court would retain jurisdiction to enforce the order. This case has been assigned to the undersigned magistrate judge. Before the court takes any further action in the case, the court must determine whether or not all of the parties who have appeared consent to magistrate judge jurisdiction by the undersigned, or whether any of the parties request reassignment to a district judge. Therefore,

IT IS HEREBY ORDERED that no later than May 13, 2011, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the Clerk of the Court, or from the Forms (Civil) section of the court's website at

ORDER, *page 1*

1  www.cand.uscourts.gov.

2  Dated:    May 4, 2011

3  _____
   PAUL S. GREWAL
   United States Magistrate Judge