Robert J. Yorio (SBN 93178)
Ilene H. Goldberg (SBN 168051)
**CARR & FERRELL *LLP***
120 Constitution Drive
Menlo Park, CA 94025
Telephone: 650.812.3400
Facsimile: 650.812.3442

Email: RYorio@carrferrell.com
        IGoldberg@carrferrell.com

Attorneys for Plaintiff
INGRID & ISABEL, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID & ISABEL, LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>     vs.<br><br>LENESHA CAREY, an individual; TUMMY TANKZ, a business entity; BELLYBANDSFORPREGNANCY.COM, a business entity,<br><br>            Defendants. | Case No.: CV-11-0914 PSG<br><br>**STIPULATED ORDER AND CONSENT JUDGMENT** |

It has been represented to the Court that Plaintiff, Ingrid & Isabel, LLC ("Plaintiff"), and Defendants LeNesha Carey and Tummy Tankz (collectively, "Tummy Tankz"), have agreed to a compromise and settlement of this Civil Action and all claims, defenses and counterclaims, including all claims relating to the patents-in-suit that were or could have been brought in this Civil Action.

WHEREFORE, with the consent of the parties, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The Court has jurisdiction over the parties and subject matter of this action.

2. In the context of resolving all claims relating to the allegation that Tummy Tankz' maternity product sold under the BELLY BAND name infringes United States Patent No. 7,181,775 entitled "Maternity Garment," issued February 27, 2007 ("the '775 Patent"), and United States Patent No. 7,676,852 entitled "Maternity Garment," issued March 16, 2010 ("the '852 Patent"), Tummy Tankz agrees that Tummy Tankz' product sold under the BELLY BAND name infringes the '775 Patent and the '852 Patent and the '775 Patent and '852 Patent are not invalid and are enforceable.

3. All other claims and counterclaims that were or could have been made are hereby dismissed with prejudice.

4. Each party shall bear its own costs and attorneys' fees.

5. The parties agree that this Order represents a final adjudication of their claims and counterclaims which were or could have been asserted in the action.

6.  This Court retains jurisdiction over the parties for any action relating to the enforcement of this Order.

**SO STIPULATED**

Dated: April 29, 2011                              TUMMY TANKZ

*[signature: Lenesha Carey]*

                                                   LENESHA CAREY
                                                   TUMMY TANKZ

**SO STIPULATED**

Dated: April 29, 2011                              LENESHA CAREY

*[signature: Lenesha Carey]*

                                                   LENESHA CAREY

**SO STIPULATED**

Dated: ~~April~~ May 3, 2011                       CARR & FERRELL LLP


                                                   /s/ Ilene S. Goldberg
                                                   ─────────────────────
                                                   Ilene H. Goldberg
                                                   Attorneys for Plaintiff
                                                   INGRID & ISABEL, LLC

SO ORDERED.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____June 22, 2011_____

1
2
3      _____
       UNITED STATES MAGISTRATE JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28