UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INGRID & ISABEL, LLC,<br><br>            Plaintiff,<br>    v.<br><br>BELLYBANDSFORPREGNANCY.COM, ET AL.,<br><br>            Defendants. | Case No.: C 11-00914 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On June 28, 2011, Plaintiff Ingrid & Isabel, LLC appeared for a status conference and informed the court that Defendants BellyBandsForPregnancy.com and Diana Li had been served with summons and complaint on June 10, 2011. This case has been assigned to the undersigned magistrate judge. Before the court takes any further action in the case, the court must determine whether or not all of the parties who have appeared consent to magistrate judge jurisdiction by the undersigned, or whether any of the parties request reassignment to a district judge. Therefore,

IT IS HEREBY ORDERED that no later than July 6, 2011, any party that has not previously done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the Clerk of the Court, or from the Forms (Civil) section of the court's website at

ORDER, *page 1*

1   www.cand.uscourts.gov.

2        IT IS FURTHER ORDERED that no later than June 29, 2011, Plaintiff Ingrid & Isabel shall

3   serve Defendants with a copy of this order.

4   Dated:   June 28, 2011

5                                                              PAUL S. GREWAL
                                                               United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*