IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID & ISABEL, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>LENESHA CAREY, et al.,<br><br>    Defendant.<br>_____/ | No. C-11-0914 MMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT; PERMANENT INJUNCTION** |

Before the Court is the Report and Recommendation, filed November 3, 2011, by which Magistrate Judge Paul S. Grewal recommends the Court grant in part and deny in part plaintiff Ingrid & Isabel, LLC's motion for entry of default judgment. Specifically, Magistrate Judge Grewal recommends the motion be granted to the extent it seeks entry of judgment against defendants Bellybandsforpregnancy.com and Diana Li (collectively, "Defendants") and entry of a permanent injunction against Defendants, and be denied to the extent it seeks an award of attorney's fees. No party has filed an objection thereto.

Having read and considered the Report and Recommendation and plaintiff's motion, the Court hereby ADOPTS the findings and recommendation made therein.

Accordingly:

1. To the extent the motion seeks entry of default judgment against Defendants and entry of a permanent injunction, the motion is hereby GRANTED, and Defendants, together with their officers, agents, servants, employees, representatives, successors, attorneys, assigns, dbas, alter egos, affiliates, and all other persons, firms or companies acting in

concert or participation with them, are PERMANENTLY ENJOINED AND RESTRAINED from:

    a. Committing any further acts of infringement of plaintiff's U.S. Patent Nos. 7,181,775 and 7,676,852 ("the Patents"), and, specifically, from making, using, offering for sale, advertising, or selling Defendants' Belly Band product;

    b. Using any photographs or images on Defendants' websites, advertising, packaging, or marketing materials that describe, explain, show, demonstrate, or illustrate the function of Defendants' Belly Band product in a manner that suggests, induces, infers, or indicates use that constitutes an infringement of the Patents;

    c. Using plaintiff's BELLABAND trademark, or any confusingly similar name or trademark, in connection with advertising, promoting, selling, or distributing maternity band or belly band products;

    d. Purchasing, registering, or using BELLABAND as a user name, domain name, keyword, or online advertising trigger;

    e. Engaging in any online advertising or keyword advertising for maternity bands or belly band products without the term BELLABAND as a "negative match" keyword;

    f. Promoting Defendants' websites or products by using BELLABAND or similar terms in the source code or their online advertising, or in meta tags, or in any way to trigger the retrieval or online search ranking of their websites; and

    g. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (1) through (6) above.

  2. To the extent the motion seeks further relief, the motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: November 30, 2011

                                                MAXINE M. CHESNEY
                                                United States District Judge