IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INGRID & ISABEL, LLC,

        Plaintiff,

  v.

LENESHA CAREY, et al.,

        Defendants.

                                    /

No. CV- 11 - 0914  MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. To the extent the motion seeks entry of default judgment against Defendants and entry of a permanent injunction, the motion is hereby GRANTED, and Defendants, together with their officer, agents, servants, employees, representatives, successors, attorneys, assigns, dbas, alter egos, affiliates, and all other persons, firms or companies acting in concert or participation with them, are PERMANENTLY ENJOINED AND RESTRAINED from:

    a. Committing any further acts of infringement of plaintiff's U.S. Patent Nos. 7,181,775 and 7,676,852 ("the Patents"), and specifically, from making, using, offering for sale, advertising, or selling Defendants' Belly Band product;

    b. Using any photographs or images on Defendants' websites, advertising, packaging, or marketing materials that describe, explain, show, demonstrate, or illustrate

the function of Defendants' Belly Band product in a manner that suggest, induces, infers, or indicates use that constitutes an infringement of the Patents;

        c. Using plaintiff's BELLABAND trademark, or any confusingly similar name or trademark, in connection with advertising, promoting, selling, or distributing maternity band or bell band products;

        d. Purchasing, registering, or using BELLABAND as a user name, domain name, keyword, or online advertising trigger;

        e. Engaging in any online advertising or keyword advertising for maternity bands or belly band products without the term BELLABAND as a "negative match" keyword;

        f. Promoting Defendants' websites or products by using BELLABAND or similar terms in the source code or their online advertising, or in meta tags, or in any way to trigger the retrieval or online search ranking of their websites; and

        g. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (1) through (6) above.

    2. To the extent the motion seeks further relief, the motion is hereby DENIED.

Dated: December 1, 2011                              Richard W. Wieking, Clerk

                                                                  By: Tracy Lucero
                                                                  Deputy Clerk